UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Yosjany Mesa                                    Case No.: 25-20246-CLC
                                                Chapter 13

        Debtor(s).
_____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER
## AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE HEARING

COME(S) NOW the Debtor(s), Yosjany Mesa, by and through the undersigned attorney, and moves this Court to waive the requirement of a Wage Deduction Order in this case and in support thereof states as follows:

1. The debtor(s) filed for Chapter 13 bankruptcy protection on 9/2/2025.

2. The debtor(s) is/are requesting that the requirement of a Wage Deduction Order be waived in this case. The Debtor is employed as a human resources specialist with Borinquen HealthCare Center, Inc., and handles payroll and has access to employee records. The Debtor believes that her job assignments and the prospect of advancement would be greatly impacted if the employer were to learn of the bankruptcy filing.

3. The debtor(s) understand that should they fall behind with the Chapter 13 plan payments, they are required to immediately submit a Wage Deduction Order.

WHEREFORE, the Debtor(s) pray that this court grant the relief requested based on the aforementioned grounds and waive the requirement of a Wage Deduction Order in this case.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Notice of Hearing subsequently generated was served in the manner described below, on  October 23, 2025 , upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern

District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

<u>Via CM/ECF:</u>
Jennifer Laufgas on behalf of Creditor Nationstar Mortgage LLC
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

<u>Via US Mail</u>:
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

All parties of record on creditor matrix attached hereto as Exhibit A

I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

    Law Offices of
    NOWACK & OLSON, PLLC
    Attorney for Debtor(s)
    8551 Sunrise Blvd, Suite 208
    Plantation, FL 33322
    (305) 698-2265

    /s/ Mitchell J. Nowack
    MITCHELL J. NOWACK, ESQ.
    Florida Bar Number: 099661