

ORDERED in the Southern District of Florida on February 4, 2026.

Corali Lopez-Castro, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                  CASE NO.:  25-20246-BKC-CLC
DEBTOR                                                                          PROCEEDING UNDER CHAPTER 13

YOSJANY MESA
_____/

### AGREED ORDER ABATING THE TRUSTEE'S OBJECTION TO EXEMPTIONS

THIS CASE came before the Court on the Trustee's Objection to Exemptions ECF 20.  Based on the parties' mutual agreement, it is:

ORDERED as follows:

1. The Trustee's Objection to Exemptions is abated based on the payment to the unsecured creditors in the confirmed plan and current equity of the debtor's assets.

2.  If the Debtor modifies the plan or sells the property at issue in the Trustee's objection to exemptions, the Trustee reserves the right to prosecute the Objection to Exemptions.

                                                                                              ***
                                                                                              NANCY K. NEIDICH, ESQUIRE
                                                                                              STANDING CHAPTER TRUSTEE
                                                                                              P.O. BOX 279806
                                                                                              MIRAMAR, FL 33027-9806
                                                                                              (954) 443-4402

Nancy K. Neidich, Esq. shall serve a copy of this order on the creditor and file a certification of service with the Clerk of the Court